IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01624-MEH

MARK STONE,

    Plaintiff,

v.

MILBANK INSURANCE COMPANY, an Iowa insurance company, and
STATE AUTO INSURANCE COMPAN Y, an Ohio insurance company,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2014.**

    Pursuant to the consent form filed by the Plaintiff **declining** consent under the Pilot Project (docket #21), the Court directs the Clerk of the Court to reassign this case pursuant to D.C. Colo. LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c).